**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Catherine Brown | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 15 cv 4127 |
| | ) | |
| vs | ) | |
| | ) | |
| Police Officer Michelle Morsi, et al. | ) | |
| | ) | **JUDGE BLAKEY** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE APPEARANCE OF COUNSEL**
**AND REQUEST FOR STATUS HEARING**

NOW COME attorneys Edward Fox and Garrett Browne and in support of their Motion for Leave to File Appearance of Counsel and Request or Status Hearing, state as follows:

1. The Plaintiff recently retained Edward Fox and Garrett Browne to represent her in this lawsuit. Accordingly, Mr. Fox and Mr. Browne request leave of Court to file their Appearances of Counsel with the Court.

2. Mr. Fox and Mr. Browne are also requesting that the Court schedule a status hearing in this matter. Currently there is not a status hearing scheduled until July 7, 2016, and that is also the current discovery closure date.

3. Mr. Fox and Mr. Browne respectfully submit that Plaintiff's transition to new counsel, and the current status of pleadings and discovery require the Court's attention prior to July 7, 2016. For example, the Court's docket does not reflect that any of the Defendants have filed any responsive pleadings. Moreover, it does not appear that any discovery has been conducted. Additionally, Mr. Fox and Mr. Browne believe that additional plaintiffs will need to be added to this

lawsuit. For these, and other reasons, Mr. Fox and Mr. Browne request that the Court schedule this matter for a status hearing in the near future.

WHEREFORE, for all the foregoing reasons Edward Fox and Garrett Browne request that the Court grant them leave to file appearances of counsel on behalf of the Plaintiff. Additionally, they request that the Court schedule a status hearing in the near future to discuss the status of pleadings and discovery in this matter.

Respectfully submitted,

/s/Garrett Browne
Garrett Browne
ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877
gbrowne@efox-law.com