UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CATHERINE BROWN,<br><br>Plaintiff,<br><br>v.<br><br>POLICE OFFICER MICHELLE MORSI,<br>POLICE OFFICER JOSE LOPEZ,<br>POLICE OFFICER JASON VANNA,<br>P.O. J.R. HICKEY STAR NO. 11523,<br>P.O. L.F. HILL STAR NO. 16047,<br>P.O. J.M. DAISY STAR NO. 10982,<br>P.O. NAVIA STAR NO. 7390,<br>P.O. McMAHON STAR NO. 17102,<br>P.O. HO STAR NO. 7995,<br>P.O. CHEVELIER STAR NO. 7206,<br>POLICE OFFICER JOHN BLAHUSIAK,<br>DETECTIVE MICHELLE MOORE-GROSE,<br>DETECTIVE WILLIAM SULLIVAN,<br>DETECTIVE BRYAN NEELY,<br>SGT. DURHAM STAR NO. 1803,<br>SGT. J. BROWN STAR NO. 1133,<br>SGT. GREER STAR NO. 1316,<br>SGT. R. BLAS STAR NO. 1248,<br>individually, and the CITY OF CHICAGO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br>Case No. 1:15-cv-4127<br><br><br><br><br><br>Jury Demand |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

NOW COMES Plaintiff's attorney, David S. Lipschultz, and in support of his Motion to Withdraw as Plaintiff's Attorney, states as follows:

1. On May 11, 2015, Plaintiff filed her Complaint at Law setting forth claims including false arrest and excessive force pursuant to 42 U.S.C. Section 1983.

2. Plaintiff has been represented by attorney David S. Lipschultz, the undersigned attorney.

3. Plaintiff has retained new counsel to substitute for David Lipschultz. Plaintiff's new counsel are Ed Fox and Garrett Browne. Mr. Fox and Mr. Browne have filed a motion for leave to file their appearance set to be heard on May 3, 2016 (Document 29).

4. Accordingly, David S. Lipschultz moves to withdraw as Plaintiff's attorney of record in this cause of action.

5. While Mr. Lipschultz would normally attach a Notification of Party Contact Information form with the present motion, due to new counsel's pending motion for leave to appearance, no such form is attached at the present time.

6. Mr. Lipschultz is sending a copy of this motion, and the accompanying notice of motion, to the Plaintiff and her new attorneys.

WHEREFORE, Plaintiff's attorney, David S. Lipschultz, prays that this Honorable Court enter an order granting his motion to withdraw his appearance on behalf of the Plaintiff.

Respectfully submitted,

/s/ David Lipschultz

David S. Lipschultz
Atty. No. 6277910
Goldberg, Weisman & Cairo
One East Wacker, 38th Floor
Chicago, IL 60601
Tel: 312-245-2165