IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Catherine Brown, individually, and as next friend of the minors G.B. and T.B., ) ) ) | |
| Plaintiffs, ) ) | Case No.: 15 cv 4127 |
| v. ) ) ) | **JUDGE BLAKEY** |
| Police Officers Michelle Morsi, Jose Lopez, Jason Vanna, J.R. Hickey, Star No. 11523, L.F. Hill, Star No. 16047, J.M. Daisy, Star No. 10982, Navia, Star No. 7390, McMahon Star No. 17102, Ho Star No. 7995, Chevelier Star No. 7206, John Blahusiak, Detective Michelle Moore-Grose, Detective William Sullivan, Detective Bryan Neely, Sgt. Durham Star No. 1803, Sgt. J. Brown Star No. 1133, Sgt. Greer, Star No. 1316, Sgt. R. Blas, Star No. 1248, and the City of Chicago, ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Now come the Plaintiffs by and through their attorneys of record, and in support of their Motion For Partial Summary Judgment states as follows:

1. Pursuant Rule 56 of the Federal Rules of Civil Procedure Plaintiffs request that the Court grant partial summary judgment on Counts I and II of the Amended Complaint against Defendant Michelle Murphy as to all Plaintiffs.

2. Plaintiffs' Memorandum of Law and supporting materials required by Local Rule 56.1 have been filed simultaneously with this motion.

WHEREFORE, Plaintiff respectfully request that this honorable Court grant Plaintiffs' Motion for Partial Summary Judgment as to Counts I and II of the Complaint and for such other relief that the Court may deem appropriate.

          Respectfully submitted,

          By: /s/Garrett Browne
              Garrett Browne

ED FOX & ASSOCIATES
Suite 330
300 West Adams
Chicago, IL. 60606
(312) 345-8877
gbrowne@efoxlaw.com